1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10                              ----oo0oo----

11

12   ROGER WHEELER and PAUL SWIGARD,      No. 2:23-cv-2854 WBS KJN

13              Plaintiffs,               In Admiralty

14      v.                                ORDER RE: DEFENDANT'S MOTION
                                          FOR SANCTIONS FOR SPOLIATION
15   UNITED STATES OF AMERICA,            OF TANGIBLE PHYSICAL EVIDENCE

16              Defendant.

17

18                              ----oo0oo----

19          Defendant moved for sanctions for spoliation of

20   tangible physical evidence, alleging plaintiffs spoliated

21   evidence by disposing of the vessel involved in the accident at

22   the heart of this case.  (Docket No. 12.)  Plaintiffs filed an

23   opposition (Docket Nos. 14, 18), and defendant filed a reply.

24   (Docket No. 19.)  The court heard oral argument on the motion on

25   October 6, 2025.

26          The court having considered the parties' briefing and

27   argument, defendant's motion (Docket No. 12) is DENIED as

28   premature, without prejudice to defendant's right to renew its

                                    1

1   motion as a motion in limine at trial, and without prejudice to

2   the rights of defendant and plaintiffs to pursue discovery,

3   particularly on the question of culpability with regard to the

4   alleged spoliation.

5           IT IS SO ORDERED.

6   Dated:   October 7, 2025

    WILLIAM B. SHUBB
7   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2