UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROGER WHEELER and PAUL SWIGARD,<br><br>        Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No.: 2:23-cv-02854 WBS CSK<br><br>In Admiralty<br><br>ORDER GRANTING UNITED STATES OF AMERICA'S MOTION FOR STAY OF ENTIRE CASE DUE TO LAPSE IN APPROPRIATIONS |

----oo0oo----

The Court having considered the United States of America's Motion for Continuance of the Entire Case in Light of Lapse of Appropriations, and counsel for plaintiffs having filed a statement of non-opposition, the Court hereby STAYS this entire case due to the lapse in appropriations.  Counsel for the United States will notify the Court as soon as Congress has appropriated funds for the Department or enacted a continuing resolution.

    IT IS SO ORDERED.

Dated: October 7, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1