UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WHEELER and PAUL SWIGARD,<br><br>         Plaintiffs,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | Case No.: 2:23-cv-02854 WBS CSK<br><br>In Admiralty<br><br>ORDER GRANTING STIPULATED MOTION TO LIFT STAY AND VACATE HEARING |

The Court having considered the parties' Stipulated Motion to Lift Stay and Vacate Hearing, the Court hereby lifts the stay of this case and vacates the hearing set for January 5, 2026.

IT IS SO ORDERED.

Dated:  December 9, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE