UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WHEELER and PAUL SWIGARD, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) Case No.: 2:23-cv-02854 WBS CSK <br> ) <br> ) In Admiralty <br> ) <br> ) AMENDED STATUS (PRETRIAL <br> ) SCHEDULING) ORDER <br> ) <br> ) <br> ) <br> ) |

AMENDED STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Stipulated Motion to Continue Dates and for Amended Scheduling Order, the court hereby GRANTS the motion and issues this Amended Scheduling Order:

I. <u>MOTION HEARING SCHEDULE</u>

All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before **March 13, 2026.** All motions shall be noticed for the next available hearing date. Counsel are cautioned to refer to the local rules regarding the requirements for noticing

and opposing such motions on the court's regularly scheduled law and motion calendar.

II. FINAL PRETRIAL CONFERENCE

The Final Pretrial Conference is set for **June 1, 2026, at 1:30 p.m.** in Courtroom No. 5. The conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel for all parties are to be fully prepared for trial at the time of the Pretrial Conference, with no matters remaining to be accomplished except production of witnesses for oral testimony. Counsel shall file separate pretrial statements, and are referred to Local Rules 281 and 282 relating to the contents of and time for filing those statements. In addition to those subjects listed in Local Rule 281(b), the parties are to provide the court with: (1) a plain, concise statement which identifies every non-discovery motion which has been made to the court, and its resolution; (2) a list of the remaining claims as against each defendant; and (3) the estimated number of trial days.

In providing the plain, concise statements of undisputed facts and disputed factual issues contemplated by Local Rule 281(b)(3)-(4), the parties shall emphasize the claims that remain at issue, and any remaining affirmatively pled defenses thereto.

### III. TRIAL SETTING

The bench trial is set for **August 11, 2026** at 9:00 a.m. The parties estimate that the trial will last five days.

### IV. SETTLEMENT CONFERENCE

A Settlement Conference with a magistrate judge will be set at the time of the Pretrial Conference. Counsel are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms. At least seven calendar days before the Settlement Conference counsel for each party shall submit a confidential Settlement Conference Statement for review by the settlement judge. The Settlement Conference Statements shall not be filed and will not otherwise be disclosed to the trial judge.

### V. MODIFICATIONS TO SCHEDULING ORDER

Any requests to modify the dates or terms of this Amended Scheduling Order, except requests to change the date of the trial, may be heard and decided by the assigned Magistrate Judge. All requests to change the trial date shall be heard and decided only by the undersigned judge.

IT IS SO ORDERED.

Dated: December 9, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE