UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROGER WHEELER and PAUL SWIGARD,<br><br>          Plaintiffs,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No.: 2:23-cv-02854 WBS CSK<br><br>In Admiralty<br><br>ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE |

----oo0oo----

After reviewing the parties' Stipulated Motion for Settlement Conference, the court hereby GRANTS the motion and orders this case referred to Magistrate Judge Sean C. Riordan for a Settlement Conference to be held on **February 13, 2026 at 10:00 AM** in Courtroom 27, 8th Floor.  A separate order will issue.

Dated:  January 8, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1