UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROGER WHEELER and PAUL SWIGARD, | ) | Case No.: 2:23-cv-02854 WBS CSK |
| | ) | |
| | ) | In Admiralty |
| Plaintiffs, | ) | |
| | ) | CONSENT JUDGEMENT |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above action having been compromised, it is, upon the joint consent of counsel for the respective parties:

ORDERED AND ADJUDICATED that judgment be entered in favor of plaintiffs Roger Wheeler and Paul Swigard and against the United States.

IT IS FURTHER ORDERED that defendant United States shall pay to plaintiffs Roger Wheeler and Paul Swigard the total of, and no more than the total of, Two Hundred Twenty-Five Thousand Dollars and No Cents ($225,000.00), without interest, with each party to bear its own costs and fees.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  April 10, 2026

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CONSENT JUDGMENT                                                                ·CSK